IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO.  3:19-MJ-00116

SHORANA CLARK,
                    Defendant

O R D E R

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon the United States Attorney for the Eastern District of Virginia hereby dismisses the

CRIMINAL INFORMATION as to SHORANA CLARK.

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
HEIM.GABRIELLE.STIFF.154235035 03 65
Digitally signed by HEIM.GABRIELLE.STIFF.1542 350365
Date: 2019.09.03 16:40:50 -04'00'

Gabrielle S. Heim
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____/s/_____
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Dated:  September  4 , 2019